| PROB 12C (Rev. 08/18) | **AMENDED VIOLATION REPORT PART 1:  PETITION FOR EMERGENCY WARRANT** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 000009283 | **DATE** 06/10/2026 |
|---|---|---|---|---|

| **NAME** SMITH, Walter | **OFFICER** Kyle Cordova | **JUDGE** Brandy R. McMillion | **DOCKET #** 14-CR-20401-01 |
|---|---|---|---|

| **ORIGINAL SENTENCE DATE** 02/16/2016 **COMMENCED** 06/27/2024 **EXPIRATION** 06/26/2027 | **SUPERVISION TYPE** Supervised Release | **CRIMINAL HISTORY CATEGORY** II | **TOTAL OFFENSE LEVEL** 22 | **PHOTO** |
|---|---|---|---|---|



| **ASST. U.S. ATTORNEY** Jeanine Brunson | **DEFENSE ATTORNEY** To Be Determined |
|---|---|

**REPORT PURPOSE**

<span style="color:red">**TO AMEND THE PETITION FOR AN EMERGENCY WARRANT FILED ON JUNE 3, 2026.**</span>

<span style="color:red">**(Please note that the amended information is underlined.)**</span>

**ORIGINAL OFFENSE**

Counts 1s and 3s:  18 U.S.C. § 1951(a), Interference with Commerce by Robbery

Count 2s:  18 U.S.C. §§ 924(c), 18 U.S.C. § 924 (c)(1)(A)(ii), Use of a Firearm During and in Relation to a Crime of Violence

**SENTENCE DISPOSITION**

Custody of the Bureau of Prisons for a term of 46 months on Counts 1 and 3 to be served concurrently; and 84 months on Count 2 to be served consecutive to Counts 1 and 3, resulting in an aggregate term of imprisonment of 130 months, to be followed by a three-year term of supervised release on each count, to be served concurrently.

Name of Sentencing Judicial Officer: Honorable John Corbett O'Meara. Case reassigned to the Honorable Brandy R. McMillion on 07/10/2024, pursuant to Local Criminal Rule 57.10.

Amended Judgment: 05/11/2016: Due to Direct Motion to District Court Pursuant to Modification of Restitution Order. Restitution in the amount of $34,234.00 ordered. All other conditions of the original judgment remain in full force and effect.

Modification: 5/16/2025: The following special conditions were added:

Mental Health Treatment: You must participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer in consultation with the treatment provider, will supervise your

| PROB 12C<br>(Rev. 08/18) | **AMENDED VIOLATION REPORT<br>PART 1:  PETITION FOR<br>EMERGENCY WARRANT** | **U. S. Probation Office**<br>Eastern District of Michigan | **PACTS**<br>000009283 | **DATE**<br>06/10/2026 |
|---|---|---|---|---|
| **NAME**<br>SMITH, Walter | | **OFFICER**<br>Kyle Cordova | **JUDGE**<br>Brandy R. McMillion | **DOCKET #**<br>14-CR-20401-01 |

participation in the program (provider, location, modality, duration, intensity, etc.).

Curfew: You are required to be in your residence, approved by the probation officer, from the hours of 10:00 p.m. to 6:00 a.m. unless prior approval has been given to be elsewhere.

**ORIGINAL SPECIAL CONDITIONS**

1. The defendant shall make monthly installment payments on any remaining balance of the: restitution, special assessment at a rate and schedule recommended by the probation department and approved by the Court.

2. The defendant shall provide the probation officer access to any requested financial information.

3. The defendant shall participate in a program approved by the probation department for substance abuse which program may include testing to determine if the defendant has reverted to the use of drugs or alcohol.  If necessary.

4. The defendant shall be lawfully and gainfully employed on a full-time basis, or shall be seeking such lawful, gainful employment on a full-time basis.  "Full-time" is defined as 40 hours per week.  In the event that the defendant has part-time employment, he shall devote the balance of such 40 hours per week to his efforts of seeking additional employment.

5. The defendant shall not use or possess alcohol in any consumable form, nor shall the defendant be in the social company of any person whom the defendant knows to be in possession of alcohol or illegal drugs or visibly affected by them.  The defendant shall not be found at any place that serves alcohol for consumption on the premises, with the exception of restaurants.

6. The defendant shall enroll and participate in a Cognitive Behavior Therapy (CBT) program as approved by the probation officer, if necessary.

   Criminal Monetary Penalty: Special Assessment $300.00 (Paid);

The probation officer believes that the offender has violated the following conditions of Supervised Release:

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| 1 | **Violation of Mandatory Condition:** "YOU MUST NOT COMMIT ANOTHER FEDEAL, STATE, OR LOCAL CRIME."<br><br>According to officers from Warren Police Department (WPD) in Warren, Michigan on June 3, 2026, SMITH <u>was arrested and charged with Count 1: Weapons – Carrying Concealed (felony), Count 2: Weapons – Firearms – Possession by Prohibited Person (felony), Count 3: Weapons Felony Firearm (felony), Count 4: Assault With a Dangerous Weapon (Felonious Assault) Felony), Count 5: Weapons Felony Firearm (felony), Count 6: Assault With a Dangerous Weapon (Felonious Assault) Felony), Count 7: Weapons Felony Firearm (felony), Count 8: Weapons – Firearms – Brandishing in Public (misdemeanor), and Count 9: Operating – No License/Multiple</u> |

| PROB 12C (Rev. 08/18) | **AMENDED VIOLATION REPORT PART 1:  PETITION FOR EMERGENCY WARRANT** | **U. S. Probation Office** Eastern District of Michigan | PACTS 000009283 | DATE 06/10/2026 |
|---|---|---|---|---|
| NAME SMITH, Walter | | OFFICER Kyle Cordova | JUDGE Brandy R. McMillion | DOCKET # 14-CR-20401-01 |

Licenses (misdemeanor).

On June 3, 2026, at approximately 1:12 a.m., officers from the Warren Police Department (WPD) in Warren, Michigan responded to Henry Ford Hospital in Warren, Michigan, in reference to an individual with a gun. Officers responded and were informed that the suspect, later identified as WALTER SMITH, was seen pacing outside the Emergency Ambulance Bay arguing with someone on the phone. Three nurses were sitting outside the Emergency Ambulance Bay, at a break table and witnessed SMITH getting agitated on the phone. They indicated that SMITH then began to walk over to the three victims and became more agitated, and yelling on the phone. SMITH was then said to have yelled, "You think I'm f***ing playing, I got three nurses here that I can shoot!" SMITH then began to count down from six and pulled a black handgun from his waistband. SMITH pointed the handgun at the nurses and advised, "If you take another step, I will shoot you!" The victims stated that it had appeared that someone else had called SMITH on the phone, and he then fled on foot.

According to subsequent reports obtained by officers from the Warren Police Department (WPD) in Warren, Michigan and officers from the Detroit Police Department (DPD) in Detroit, Michigan, while attempting to locate SMITH, officers conducted surveillance at his known address 21756 Moross Road, Detroit, Michigan. While on scene, DPD officers and Emergency Medical Services (EMS) arrived indicating they were responding to a gun shot wound victim at the same location. SMITH's prior significant other, Antonique Collins, also arrived, stating that she received a phone call from SMITH stating that he had just shot himself. WPD and DPD made entrance into the residence and located SMITH on the first floor, suffering from what appeared to be a seizure and/or a drug overdose. SMITH was able to become conscious again and noticed law enforcement and EMS personnel in his living room along with his brother, Dejuan Smith. SMITH assumed his brother called the police and immediately became "irate" yelling to his brother, "why did you do this to me?" SMITH then stood up and charged at his brother, striking him "multiple times with a closed fist." DPD officers subsequently deployed their taser approximately three to four times before SMITH could be placed in custody. SMITH was said to have continued to be noncompliant while at the hospital, avoiding attempts to be secured to the hospital bed and tried to get his handcuffs from behind his back to the front of his body. Hospital staff "ultimately had to sedate SMITH."

Following the arrest of SMITH, officers conducted the search of the residence and the vehicle belonging to SMITH. Recovered from the search were three (3) firearms, along with the clothes SMITH was said to have been wearing at the time of the incident at Henry Ford Hospital. One of the firearms recovered was registered as stolen.

On June 4, 2026, WPD officers interviewed SMITH who indicated that prior to the incident he had drunk a pint of liquor and began texting and calling Ms. Collins. He indicated that he went to the hospital where she worked and hospital security refused to allow him to go speak with her and she refused to come down and meet with him. SMITH admitted that while being upset and

| PROB 12C (Rev. 08/18) | **AMENDED VIOLATION REPORT PART 1:  PETITION FOR EMERGENCY WARRANT** | U. S. Probation Office Eastern District of Michigan | PACTS 000009283 | DATE 06/10/2026 |
|---|---|---|---|---|
| NAME SMITH, Walter | | OFFICER Kyle Cordova | JUDGE Brandy R. McMillion | DOCKET # 14-CR-20401-01 |

on the phone with Ms. Collins, he said "there are two security guards and three women out here, I'm about to f*** somebody up, you better stop playing with me." He further admitted that one of the nurses got up and he yelled, "hey stop f***ing moving." Officers questioned SMITH about having a gun and pointing it at the nurses. SMITH admitted to having a gun, and that he took it off his person because it was falling. SMITH stated, "I don't know if I pointed it at them or not…in the midst of that sweep the gun was sagging, and I pulled it off of me and that was when the nurse ran." SMITH then admitted to pointing the gun at the nurse, stating "I pointed that gun when she took of running…there is a good chance I did point that gun at that nurse. I remember telling her don't move, that could have been the point where I pointed it at her." SMITH was asked if he recalled counting down from six and he indicated he did not remember doing that, further stating "I don't think I would have shot one of them."

On June 5, 2026, SMITH was arraigned in the 37th District Court located in Warren, Michigan before the Honorable John M. Chmura. SMITH was given a $500,000.00 cash bond, with a global positioning system (GPS) tether and a no contact order for any of the victims. SMITH is due back for a probable cause conference hearing on June 18, 2026 at 8:45 a.m. before the Honorable Steven M. Bieda. SMITH remains in custody at this time.

2   **Violation of Standard Condition:** "THE DEFENDANT SHALL NOT POSSESS A FIREARM, AMMUNITION, DESTRUCTIVE DEVICE, OR ANY OTHER DANGEROUS WEAPON. REVOCATION OF SUPERVISED RELEASE IS MANDATORY FOR POSSESSION OF A FIREARM."

According to officers from the Warren Police Department in Warren, Michigan on June 3, 2026, SMITH allegedly brandished a firearm and pointed it at 3 victims at Henry Ford Hospital in Warren, Michigan. SMITH allegedly threatened to shoot the victims before fleeing the area.

According to subsequent reports obtained by Warren Police Officers, Warren, Michigan following a search of SMITH's residence and car, three (3) firearms were recovered. One of the firearms was registered as stolen.

3   **Violation of Special Condition:** "THE DEFENDANT SHALL NOT USE OR POSSESS ALCOHOL IN ANY CONSUMABLE FORM, NOR SHALL THE DEFENDANT BE IN THE SOCIAL COMPANY OF ANY PERSON WHOME THE DEFENDANT KNOWS TO BE IN POSSESSION OF ALCOHOL OR ILLEGAL DRUGS OR VISIBLY AFFECTED BY THEM. THE DEFENDNAT SHALL NOT BE FOUND AT ANY PLACE THAT SERVES ALCOHOL FOR CONSUMPTION ON THE PREMISES, WITH THE EXCEPTION OF RESTAURANTS.

On June 2, 2026, SMITH reported to the Detroit Federal Probation Office and submitted a random urinalysis drug and alcohol test that was presumptive positive for alcohol. SMITH signed an admission form stating that he last drank alcohol on May 30, 2026.

| PROB 12C (Rev. 08/18) | **AMENDED VIOLATION REPORT PART 1: PETITION FOR EMERGENCY WARRANT** | **U. S. Probation Office** Eastern District of Michigan | PACTS 000009283 | DATE 06/10/2026 |
|---|---|---|---|---|
| NAME SMITH, Walter | | OFFICER Kyle Cordova | JUDGE Brandy R. McMillion | DOCKET # 14-CR-20401-01 |

According to subsequent reports obtained by officers from the Warren Police Department, Warren, Michigan SMITH admitted to detectives in an interview that he had consumed a pint of liquor on June 3, 2026.

4     **Violation of Special Condition:** "YOU ARE REQUIRED TO BE IN YOUR RESIDENCE, APPROVED BY YOUR PROBATION OFFICER, FROM THE HOURS OF 10:00 P.M. TO 6:00 A.M. UNLESS PRIOR APPROVAL HAS BEEN GIVEN TO BE ELSEWHERE."

According to officers from the Warren Police Department in Warren, Michigan, SMITH is a suspect in an alleged aggravated felonious assault that took place at approximately 1:12 a.m. on June 3, 2026. SMITH did not have permission or approval to be out of his residence at this time.

---

**I declare under penalty of perjury that the foregoing is true and correct.**
PROBATION OFFICER

s/Kyle Cordova/mt
(313) 234-5435

DISTRIBUTION

Court

---

SUPERVISING PROBATION OFFICER

s/Tracy Kosmas
(313) 234-5272

PROBATION ROUTING

Data Entry

---

**THE COURT ORDERS:**

[ X ]   To amend the petition for an emergency warrant filed on June 3, 2026.

[ ]     Other

s/Brandy R. McMillion
United States District Judge

6/10/2026
Date